■ The People of the State of New York, Respondent, v Sean Green, Appellant. [16 NYS3d 728]—

Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered July 29, 2009, convicting defendant, after a jury trial, of assault in the first degree and two counts of criminal possession of a weapon in the second degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 22 years to life, unanimously affirmed.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see People v Hayes*, 97 NY2d 203 [2002]; *People v Walker*, 83 NY2d 455, 458-459

[1994]). The court imposed reasonable limits on the People's elicitation of defendant's very extensive history of convictions and bad acts. The matters permitted were highly probative of defendant's credibility, and none was unduly remote. We have considered and rejected defendant's arguments concerning the People's alleged deviation from the ruling, as well as those concerning the circumstances of the court's revision of the *Sandoval* ruling it had issued before defendant's first trial, which ended in a mistrial. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.